IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
|     Plaintiff, | ) | Case No: 08 CR 1053 - 2 |
| | ) | |
| v. | ) | |
| | ) | |
| Ronald Smith, | ) | Judge: Kennelly |
|     Defendant. | ) | |

## ORDER

The Court denies defendant Ronald L. Smith's renewed motion for sentence reduction under 18 U.S.C. 3582 [275]. The Court denied earlier versions of this motion back in September 2015, and again in January 2017. Mr. Smith has offered no basis to revisit these decisions. The Guidelines amendments on which Mr. Smith relies preclude a reduction of the defendant's sentence below the low end of the newly-applicable range, and Mr. Smith was already sentenced to the low end of that range. Thus no reduction is legally permissible.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 9/4/2018